UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>NH Department of Health and Human
Services, Division of Children,
Youth and Families</u>

    v.                                                No. 06-fp-148

<u>Elena Katz and Arnold Grodman</u>


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Defendant's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> (document no. 3) is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-148-SM**.

**SO ORDERED.**

_/s/ James R. Muirhead_
_____
James R. Muirhead
United States Magistrate Judge


Date: April 26, 2006

cc:   Brian J.X. Murphy, Esq.
      Elena Katz, *pro se*
      Arnold Grodman, *pro se*