UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

NH Department of Health and Human
Services, Division of Children,
Youth and Families

   v.                                            No. 06-fp-148

Elena Katz and Arnold Grodman

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Defendant's request to proceed in forma pauperis (document no. 3) is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-148-SM.**

**SO ORDERED.**

*[signature: James R. Muirhead]*

_____
James R. Muirhead
United States Magistrate Judge

Date: April 26, 2006

cc:    Brian J.X. Murphy, Esq.
        Elena Katz, *pro se*
        Arnold Grodman, *pro se*