UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


NH Department of Health and Human
Services, Division of Children,
Youth and Families

   v.                              No. 06-fp-148

Elena Katz and Arnold Grodman


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS


Defendant's request to proceed in forma pauperis (document no. 4) is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-148-SM**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date: April 26, 2006

cc:    Brian J.X. Murphy, Esq.
       Elena Katz, *pro se*
       Arnold Grodman, *pro se*